UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| STEVEN LEON DAVIS, )<br>Individually and As Personal )<br>Representative of the Estate of )<br>MARY ALICE DAVIS, )<br>Deceased, )<br>       ) <br>    Plaintiff, )<br>       ) <br>vs. )<br>       ) <br>WILLIAM RYAN SUTHERLAND, )<br>M.D., and HIRISADARAHALLY )<br>NAGARAJA, M.D., )<br>       ) <br>    Defendants. ) | CASE NO: 2:12-CV-0373-JMS-WGH |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by counsel, stipulate that all claims of the plaintiff against defendants, William Ryan Sutherland, M.D. and Hirisadarahally Nagaraja, M.D. (n/k/a Raj N. Nagaraj, M.D.), arising out of the matters and facts alleged in plaintiff's Complaint for Damages should be dismissed with prejudice to the plaintiff, at plaintiff's costs, costs paid.

WHEREFORE, the parties request that the Court dismiss plaintiff's claims against defendants, William Ryan Sutherland, M.D. and Hirisadarahally Nagaraja, M.D. (n/k/a Raj N. Nagaraj, M.D.), with prejudice to plaintiff, at plaintiff's costs, costs paid, in accordance with this Stipulation.

                                        Respectfully submitted,

                                        GARAU, GERMANO, MODESITT,
                                        WILKINSON & DRUMMY

                                        By: *s/ Deborah K. Pennington*
                                              Deborah K. Pennington/#6559-36
                                              Attorney for Plaintiff,
                                              Stephen Leon Davis, individually and as
                                              Personal Representative of the Estate of
                                              Mary Alice Davis, Deceased

151 N. Delaware Street, Suite 1515
Indianapolis, IN  46204
Telephone:  (317) 822-9530

                                        WILKINSON GOELLER MODESITT
                                        WILKINSON & DRUMMY

                                        By: *s/ William W. Drummy*
                                              William W. Drummy/#4607-84
                                              Attorney for Defendant,
                                              Ryan Sutherland, M.D.

333 Ohio Street
Terre Haute, IN  47807
Telephone:  (812) 232-4311

                                        CARSON BOXBERGER LLP

                                        By: *Edward J. Liptak*
                                              Edward J. Liptak/#9821-02
                                              Attorney for defendant
                                              Hirisadarahally Nagaraja, M.D.
                                              n/k/a Raj N. Nagaraj

3100 John Hinkle Place, Suite 106
Bloomington, Indiana   47408
Telephone:  (812) 333-1225