UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| STEVEN LEON DAVIS, | ) | |
| Individually and As Personal | ) | |
| Representative of the Estate of | ) | |
| MARY ALICE DAVIS, | ) | |
| Deceased, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CASE NO: 2:12-CV-0373-JMS-WGH |
|     vs. | ) | |
| | ) | |
| WILLIAM RYAN SUTHERLAND, | ) | |
| M.D., and HIRISADARAHALLY | ) | |
| NAGARAJA, M.D., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER FOR DISMISSAL WITH PREJUDICE

This cause having come before the Court upon the parties' Stipulation for Dismissal with Prejudice and the Court being duly advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that all claims of the plaintiff against defendants, William Ryan Sutherland, M.D. and Hirisadarahally Nagaraja, M.D. (n/k/a Raj N. Nagaraj, M.D.), arising out of the matters and facts alleged in plaintiff's Complaint for Damages should be dismissed with prejudice to the plaintiff, at plaintiff's costs, costs paid.

Dated: 04/29/2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

Deborah K. Pennington
GARAU GERMANO HANLEY & PENNINGTON, P.C.
dpenning@gghplaw.com

William W. Drummy
WILKINSON GOELLER MODESITT WILKINSON & DRUMMY
wwdrummy@wilkinsonlaw.com

Edward J. Liptak
CARSON BOXBERGER LLP
liptak@carsonboxberger.com